616 F.2d 567
 U. S.
v.
Dukes*
 No. 80-1352
 United States Court of Appeals, Fifth Circuit
 3/31/80
 
 1
 E.D.Tex.
 
 
 2
 REVERSED AND REMANDED***
 
 
 
 *
 It is appropriate to dispose of this case summarily. See Groendyke Transportation, Inc. v. Davis, 406 F.2d 1158 (5th Cir. 1969); Burton v. Oliver, 599 F.2d 49 (5th Cir. 1979); Lewis v. Bragan, 576 F.2d 678 (5th Cir. 1978); Browne v. Estell, 544 F.2d 1244 (5th Cir. 1977)
 
 
 ***
 Opinion contains citation(s) or special notations